IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROBERT LAWRENCE NOUWEN, | : |
| Petitioner, | : |
| vs. | : CRIMINAL ACTION NO. 12-0269-WS-C |
| UNITED STATES OF AMERICA, | : CIVIL ACTION NO. 14-0492-WS-C |
| Respondent. | |

## ORDER

After due and proper consideration of all portions of the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated April 10, 2015, is **ADOPTED** as the opinion of this Court.

**DONE** this 4th day of May, 2015.

s/WILLIAM H. STEELE
**CHIEF UNITED STATES DISTRICT JUDGE**