IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

ROBERT LAWRENCE NOUWEN,          :

   Petitioner,              :

vs.                              : CRIMINAL ACTION NO. 12-0269-WS-C

UNITED STATES OF AMERICA,        : CIVIL ACTION NO. 14-0492-WS-C

   Respondent.

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that petitioner's motion to vacate, set aside or correct his sentence (Doc. 41) is due to be, and hereby is, **SUMMARILY DISMISSED**. Nouwen is not entitled to a certificate of appealability and, therefore, he is not entitled to appeal *in forma pauperis*.

**DONE** this 4th day of May, 2015.

                s/WILLIAM H. STEELE
                **CHIEF UNITED STATES DISTRICT JUDGE**